**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JASON BEAM AND KRISTIE BEAM, HIS WIFE, | : | No. 328 WAL 2018 |
| | : | |
| | : | |
| Respondents | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the Superior |
| | : | Court |
| v. | : | |
| | : | |
| | : | |
| THIELE MANUFACTURING, LLC, FORMERLY KNOWN AS THIELE, INC., FORMERLY KNOWN AS TYT HOLDING, INC., | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Cross Petition for Allowance of Appeal is **DENIED**.